UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Richard Bacquie,

                                    Plaintiff,

                -against-

THE CITY OF NEW YORK, SERGEANT WILLIAM
TERGESEN, POLICE OFFICER CHARLES LOVELOCK,
POLICE OFFICER RICHARD ERNYEY SHIELD #6720,
POLICE OFFICER THOMAS MALONEY SHIELD # 31851,
POLICE OFFICER JASON FIGARI, POLICE OFFICER
MICHAEL McCAFFREY and UNIDENTIFIED POLICE
OFFICERS, all sued here in their official and individual
capacities,

                                    Defendants.
---------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

16 Civ. 618 (DLC) (JLC)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       9/10, 2018

FRED LITCHMACHER
*Attorney for Plaintiff*
116 W 23rd Street # 500
New York, NY 10011
212-922-9066

By: _____
Fred Litchmacher
*Attorney for Plaintiff*

Worth, Longworth and London, LLP
*Attorneys for Ernyey and McCaffrey*
111 John Street, Suite 640
New York, New York 10038
(212) 964-8038

By: _____
Douglas LaBarbera
*Attorney for Ernyey and McCaffrey*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Maloney, Figari and Lovelock*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Joshua Friedman
*Senior Counsel*

The Quinn Law Firm
*Attorneys for Tergesen*
399 Knollwood Road, Suite 220
White Plains, New York 10603
(914) 997-0556

By: _____
Matthew Schieffer
*Attorney for Tergesen*

SO ORDERED:

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018

2